377 A.2d 171

Commonwealth v. Goodwin, Appellant.

Submitted April 15, 1976.   Vincent C. Murovich, Jr., and Murovich, Reale & Fossee, for appellant; Robert L. Eberhardt and Louis R. Paulick, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 171

Commonwealth v. Graff, Appellant.

Submitted December 10, 1976.   Frank N. Gallagher, and Eastburn & Gray, for appellant;   Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Order affirmed.